Michael Robert RAY, Appellant,

v.

Iladen LAUREANO; Vani Laureno; Ernest Southern, a/k/a Buzz Southern; Danny Hardee; Team Six, Incorporated; W. Ryan Hovis; John P. Bacot, Jr.; William H. Short, Jr.; Crossman Communities, Appellees.

No. 04–1836.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 4, 2005.

Michael Robert Ray, Appellant pro se.

O. Terry Beverly, Conway, South Carolina; John Paisley Bacot, Jr., John P. Bacot, Jr., P.A., Surfside Beach, South Carolina; William Ryan Hovis, Rock Hill, South Carolina; Tara Elizabeth Nauful, Haynsworth, Sinkler & Boyd, P.A., Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Robert Ray seeks to appeal the district court's order affirming the magistrate judge's order of March 5, 2004. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Ray seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*